IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PATRICIA SANFORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:08CV302 |
| | ) | |
| MEMBERWORKS INCORPORATED, | ) | (02CV601, S.D. Cal.) |
| | ) | |
| Defendant, | ) | SCHEDULING ORDER |
| | ) | |
| WEST CORPORATION, | ) | |
| | ) | |
| Movant. | ) | |

This matter is before the court on the plaintiff's Motion [1] to Compel West Corporation's production of documents which West has already produced in related state court litigation. The underlying litigation originated in the Southern District of California, Case No. 02CV601.

It has come to the court's attention that on September 29, 2008, Judge Larry Alan Burns dismissed all of the plaintiff's remaining federal law claims, declined to exercise supplemental jurisdiction over the plaintiff's state law claims, and dismissed the plaintiff's state law claims without prejudice. A copy of Judge Burns' order, obtained from PACER, is attached hereto.

**IT IS ORDERED** that, no later than October 10, 2008, counsel for the parties shall file a status report, motion, evidence index, and/or brief, whichever is appropriate, addressing the status of the underlying litigation and the effect of Judge Burns' September 29, 2008 order on the motion pending in this court.

**DATED October 3, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**